**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court

### For the Western District of Pennsylvania

.... UNITED STATES OF AMERICA ..........

-----------------------------------------

*Plaintiff*

vs.                                  No. ...... CRIM  05-9  ERIE .................

.... ANTHONY GARBIDON ... (1) ..............

-----------------------------------------

*Defendant*

**HEARING ON** ........ SENTENCE .................................................

*Before Judge* ..... MAURICE B. COHILL, JR. .....

Christian Trabold, AUSA                    Joseph G. Kanfoush, Esq.

-----------------------------------        ------------------------------------

*Appear for Plaintiff*                           *Appear for Defendant*

Hearing begun ..... 11 00 ....... 10-3-05 ......   Hearing adjourned to ..........................

Hearing concluded C. A. V 1130 ... 10-3-05 ....   Stenographer ... JANICE Ferguson

## WITNESSES:

*For Plaintiff*                                  *For Defendant*

17 III, 30-37, 2-3 s.e., fine 5,000—50,000, 100 s.a.,
PSC shall be amended to reflect correct date of arrest + 1/2 lb of
— Sentenced to 34 months, 3 years supervised release ... marijuana for prior offense, not 5 lbs.