IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
            vs.                 )    Criminal Number 05-09E
                                )
ANTHONY GABBIDON                )

The above named defendant satisfied the judgment of OCTOBER 03, 2005 by paying on MAY 09, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  6-14-06
Deputy Clerk                      Date